JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| INTEGRAL RESOURCES, INC., a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | Case No. 2:14-CV-02308-R-AGR<br><br>Judge: Hon. Manuel L. Real<br><br>**JUDGMENT IN FAVOR OF HARTFORD FIRE INSURANCE COMPANY**<br><br>Complaint Filed: March 26, 2014<br>No Trial Date Set |

The Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment (Dkt. 16) filed by Defendant, Hartford Fire Insurance Company ("Hartford") was fully briefed and submitted for consideration by the Court. In addition, the Motion for Partial Summary Judgment (Dkt. 15), filed by Plaintiff, Integral Resources, Inc. ("Integral") was fully briefed and submitted for consideration by the Court.

Pursuant to the Court's June 2, 2014 Minute Order and after full consideration of the papers submitted by the moving and opposing parties, the arguments of the parties, the hearing on June 2, 2014 at 10:00 am, and good

cause appearing therefore, the Court orders summary judgment in favor of Defendant Hartford.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** judgment is entered in favor of Defendant Hartford, as follows:

Hartford owes no coverage obligation under the following policies issued to Integral Resources, Inc.: (1) 46 SBA RL4507 DX, effective November 30, 2009 to November 30, 2010; (2) 46 SBA RL4507 DX, effective November 30, 2010 to November 30, 2011; (3) 46 SBA RL4507 SC, effective November 30, 2011 to November 30, 2012; and (4) 46 SBA RL4507 SC, effective November 30, 2012 to November 30, 2013 (the "Hartford Policies") with respect to the underlying action, entitled *Florencio Pacleb, et al. v. Integral Resources, Inc.,* U.S. District Court, Central District, Case No. CV 13-3089 (the "Underlying Action").

Because there is no coverage under the Policies for the Underlying Action, Hartford had no duty to defend or indemnify Integral in the Underlying Action. In addition, Hartford had no duty to settle the Underlying Action or to reimburse Integral for any defense fees and costs or settlement money paid in the Underlying Action.

Accordingly, summary judgment is entered in favor of Hartford and against Integral with respect to all claims asserted in the complaint in this action.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

DATED: June 13, 2014  _____

Hon. Manuel L. Real, Judge
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JUDGMENT IN FAVOR OF HARTFORD FIRE INSURANCE COMPANY